JOSHUA RINGLE, RELATOR, v. REPUBLICAN STATE COM-
MITTEE OF NEW JERSEY, CLAYTON FREEMAN, CHAIR-
MAN, AND PEARL M. BRIDEGUM, VICE-CHAIRMAN,
RESPONDENTS.

Argued May 2, 1939—Decided May 11, 1939.

Before BROGAN, CHIEF JUSTICE, and Justices DONGES and
PORTER.

For the relator, *Raymond Chasan* (*Richard Doherty*, of
counsel).

For the respondents, *Edward Thomas Moore*.

PER CURIAM.

The alternative writ of *mandamus* before us raises the
question of the right of the relator to membership in the
Republican State Committee as a member from Hudson
county.

It appears that relator was elected as a member of the State
Committee from that county on May 15th, 1934; that at the
expiration of his term of office of three years another was
declared elected to succeed him; that a contest arose over
that election, resulting in the Circuit Court setting it aside
as void as to the election of members of the Republican State
Committee. *In re Stoebling*, 16 *N. J. Mis. R.* 34.

The statute, *R. S.* 19:5-4, provides for a term of office of
three years "or until a successor is elected," and in case of
vacancy, howsoever caused, to be filled by the members of
the County Committee in the county where the vacancy occurs.

We conclude that the voiding of the election of the successor of relator caused a vacancy in the office, *R. S.* 19:3-25; and that relator was thus continued in office until the election of his successor. It further appears, after the said voiding of the election of relator's successor, that on March 13th, 1939, the members of the County Committee of Hudson county did, in fact, duly elect a successor to fill the vacancy. That election was under the authority of the statute and divested relator of his right to continue to hold over in the office.

The sole meritorious question presented is whether or not the County Committee was within its right in filling this vacancy. Finding that it was, the writ will be discharged, with costs.